# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CECCHI, CLAIRE C. | US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 07/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US FEDERAL JUDGE | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Martin Luther King Jr Fed Bldg
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▬▬▬▬▬▬ - WAGES ▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Great West Financial (Empower) | 401k loan | J |
| 2. Citibank | Unsecured credit lines | M |
| 3. American Express | Credit Card | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of America - Checking accounts | A | Interest | K | T | | | | | |
| 2.  Citibank - Checking accounts | A | Interest | K | T | | | | | |
| 3.  Northwestern Mutual Ins Cash Value | A | Int./Div. | M | T | | | | | |
| 4.  Guardian Whole Life Cash Value | B | Int./Div. | K | T | | | | | |
| 5.  Mass Mutual Whole Life Cash Value | A | Int./Div. | N | T | | | | | |
| 6.  National Life UL Cash Value (x) | E | Int./Div. | P1 | T | | | | | |
| 7.  401(k) #1 (H) | | | | | | | | | |
| 8.  - AmericanFunds Inv Fund | C | Dividend | L | T | | | | | |
| 9.  - Mainstay Large Cap | C | Dividend | L | T | | | | | |
| 10.  401(k) #2 (H) | | | | | | | | | |
| 11.  - American Century Growth Fund | F | Dividend | O | T | | | | | |
| 12.  - PIMCO Total Return | D | Dividend | M | T | | | | | |
| 13.  ▨▨▨▨▨ | | None | P2 | W | | | | | |
| 14.  Brokerage #1 (H) | | | | | | | | | |
| 15.  - Western Asset Money Mkt Account | A | Int./Div. | J | T | | | | | |
| 16.  Franklin Templeton 529 (H) | | | | | | | | | |
| 17.  - Franklin Growth Age 13-14 | A | Dividend | | | Sold | 03/08/19 | K | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Franklin Growth Age 15-16 | A | Dividend | K | T | Buy | 03/08/19 | K | | |
| 19. Brokerage #2 (H) | | | | | | | | | |
| 20. - Western Asset Money Mkt Account (x) | A | Interest | K | T | | | | | |
| 21. - Frisco Tex Rfdg 5% Bond | C | Interest | L | T | | | | | |
| 22. - California ST 4% Bond | C | Interest | L | T | | | | | |
| 23. - College Station Tex Rfdg 5% Bond | B | Interest | | | Sold | 08/13/19 | K | A | |
| 24. - Lakeland Fl Energy 5.25% Bond | C | Interest | L | T | | | | | |
| 25. - NYS Dorm Auth 5% Bond | C | Interest | L | T | | | | | |
| 26. - Richardson Tex Ind Sch Dist 4% Bond | C | Interest | L | T | | | | | |
| 27. - Washington ST Healthcare 5% | C | Interest | L | T | | | | | |
| 28. - Metro Council Waste 5% Bond | C | Interest | L | T | | | | | |
| 29. - Central Puget Sound 5% | C | Interest | L | T | | | | | |
| 30. - Hawaii St Ser FK5% Bond | C | Interest | L | T | | | | | |
| 31. - Wisconsin ST Env impt 5% Bond | C | Interest | L | T | | | | | |
| 32. - Sumter Cnty Dev Auth 5%Bond | C | Interest | L | T | | | | | |
| 33. - Phil PA Hosp Higher Ed 5% Bond | C | Interest | L | T | | | | | |
| 34. - Miami Dade Rfdg-Bldg 5% Bond | C | Interest | | | Sold | 10/24/19 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - Hawaii St Dept Home LDS 5% Bond | C | Interest | L | T | | | | | |
| 36.   - Honolulu HI City & County 5.0% Bond | C | Interest | L | T | | | | | |
| 37.   - Washingotn Subn San Dist 4.0% Bond | C | Interest | L | T | | | | | |
| 38.   - Sales Tax Asset Rec NY 5.0% Bond | D | Interest | M | T | | | | | |
| 39.   - Bexar Cnty Tex Hosp 2016 5.0% Bond | C | Interest | L | T | | | | | |
| 40.   - Nevada Sys Higher Ed 5.0% Bond | C | Interest | M | T | | | | | |
| 41.   - Arizona Brd Regents 5.0% Bond | C | Interest | K | T | | | | | |
| 42.   - Monmouth Cnty NJ Auth Rev 5.0% Bond | C | Interest | L | T | | | | | |
| 43.   - Pierce Cnty Wash Sch Dist 5.0% Bond | C | Interest | L | T | | | | | |
| 44.   - Mass St Trans Fd Bds 5.0% Bond | C | Interest | K | T | | | | | |
| 45.   - East Cent Reg Wastewater Tr Bond | C | Interest | L | T | | | | | |
| 46.   - Colorado St CTFS Part 5.0% Bond | C | Interest | L | T | | | | | |
| 47.   - Indiana Univ Revs Student 5.0% Bond | C | Interest | M | T | | | | | |
| 48.   - Clark Cnty Nev Trans 5.0% Bond | C | Interest | M | T | | | | | |
| 49.   - Mississippi St Gaming 5.0% Bond | B | Interest | L | T | Buy | 08/19/19 | L | | |
| 50.   - Tippecanoe cnty Ind 5.0% Bond | B | Interest | L | T | Buy | 10/30/19 | L | | |
| 51.   Brokerage #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - See Part VIII Additional Information | | | | | | | | | |
| 53. Brokerage #4 (H) | | | | | | | | | |
| 54. - See Part VIII Additional Information | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

BROKERAGE #3, Part VII, Line 52

| Description of Assets | Income Code Type | Gross Value at End of Reporting Period Value Code Value Method | Type Date Value Code Gain Code |
|---|---|---|---|

2U INC COM    J T Buy  8/6/2019 J
3M CO COM A Div J T Sold part 5/10/2019 J A
3M CO COM        Sold   6/10/2019 J A
3M CO COM        Buy   8/6/2019 J
ABBVIE INC COM A Div J T Sold part 3/7/2019 J A
ABBVIE INC COM        Buy add'l 5/10/2019 J
ABBVIE INC COM        Sold part 8/6/2019 J A
ABBVIE INC COM        Buy add'l 10/2/2019 J
ABIOMED INC COM    J T Buy  6/10/2019 J
ABIOMED INC COM        Sold part 8/6/2019 J A
ACADIA REALTY TR COM A Div J T
ACCENTURE PLC IRELAND    J T
ACI WORLDWIDE    J T
ACTIVISION BLIZZARD INC COM A Div J T Buy add'l 5/10/2019 J
ADOBE SYS    J T
ADVANCED DISP SVCS  INC DEL COM    J T Buy  10/2/2019 J
ADVANCED ENERGY    J T
ADVANCED MICRO    J T
AES CORP    J T
AFLAC    J T
AGILENT A Div J T
AGREE RLTY CORP COM A Div J T
AIR PRODUCTS A Div J T
AK STEEL HOLDING    J T Buy  6/10/2019 J
ALBEMARLE CORP COM A Div J T Buy  10/2/2019 J
ALEXION        PHARMACEUTICALS INC COM    J T Sold part 8/6/2019 J A
ALEXION        PHARMACEUTICALS INC COM        Buy   10/2/2019 J
ALLIANT ENERGY    J T
ALLIGN TECH    J T
ALLSTATE A Div J T
ALNYLAM PHARM    J T
ALPHABET INC    J T
ALPHABET INC CLASS A    K T
ALTRIA GROUP INC COM A Div J T Buy  1/14/2019 J
ALTRIA GROUP INC COM        Sold   10/2/2019 J A
ALTRIA GROUP INC COM        Buy   12/10/2019 J
AMAZON COM A Div K T
AMERICAN AIRLS GROUPINC COM        Buy   1/14/2019 J
AMERICAN AIRLS GROUPINC COM        Sold   8/6/2019 J A
AMERICAN EXPRESS A Div J T
AMERICAN INTL GROUP A Div J T
AMERICAN TOWER CORP NEW COM A Div J T
AMERIPRISE FINL A Div J T
AMERISAFE A Div J T
AMERISOURCE A Div J T
AMETEK    J T
AMGEN A Div J T
AMPHENOL CORP A Div J T
ANALOG DEVISES A Div J T
ANTERIX A Div J T
ANTHEM A Div J T
ANWORTH MTG ASSET  CORP COM A Div J T Buy  12/10/2019 J
AON PLC    J T
APPLE INC A Div L T
APPLIED MATERIALS A Div J T
APTIV PLC        SHS COM    J T Buy  3/7/2019 J
APTIV PLC        SHS COM        Sold part 6/10/2019 J A
AQUA AMER INC A Div J T
AT&T INC COM A Div J T Buy  1/14/2019 J
AT&T INC COM        Buy   5/10/2019 J
AT&T INC COM        Buy   8/6/2019 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ATHENE HOLDINGS LTD    J T
AUTODESK    J T
AUTOMATICK DATA PROCESSING A Div J T
AVALONBAY CMNTYS INC COM A Div J T
AVISTA CORP A Div J T
AXIS CAPITAL    J T
BAKER HUGHES A GE COCL A A Div J T Buy   5/10/2019 J
BALL CORP A Div J T
BANK OF AMERICA A Div J T
BANK OF NEW YORK    MELLON CORP COM A Div J T Sold part 6/10/2019 J A
BANK OZK LITTLE ROCK A Div J T
BECTON DICKINSON A Div J T
BERKSHIRE HATHAWAY INC    K T
BEST BUY A Div J T
BIOGEN IDEC INC    COM A Div J T Sold  5/10/2019 J A
BIOGEN IDEC INC    COM        Buy  6/10/2019 J
BIOMARIN        PHARMACEUTICAL INC  COM    J T Sold   10/2/2019 J A
BIO-TECHNE CORP A Div J T
BLACKROCK INC A Div J T
BOEING CO A Div J T
BOOKING HLDING    J T
BOSTON SCIENTIFIC    J T
BRISTOL MYERS SQUIBBCO COM        Sold   12/10/2019 J A
BRIXMOR PPTY GROUP INC COM A Div J T
BROADCOM INC A Div J T
BROOKLINE BANCORP A Div J T
BROWN FORMAN A Div J T
BURLINGTON STORES    J T
CADENCE        BANCORPORATION CL A A Div    Sold  8/6/2019 J A
CAPITAL ONE FINL A Div J T
CAPRI HOLDINGS    J T Buy  8/6/2019 J
CARDINAL HEALTH INC COM A Div J T Sold part 6/10/2019 J A
CARMAX INC    J T
CATERPILLAR INC A Div J T
CBS CORP NEW CL B A Div    Sold  10/2/2019 J A
CENTENE CORP    J T
CENTURYLINK INC COM    J T Sold  3/7/2019 J A
CENTURYLINK INC COM        Buy add'l 5/10/2019 J
CERNER CORP A Div J T
CERUS CORP    J T
CHARLES RIV LAB    J T
CHARTER COMMUNICATIONS    J T
CHENIERE ENERGY    J T
CHEVRON CORP A Div J T
CHUBB LTD COM    J T
CHURCH & DWIGHT A Div J T
CIGNA CORP NEW COM    J T Sold part 5/10/2019 J A
CISCO SYSTEMS    J T
CITIGROUP INC A Div J T
CITIZENS FINL GROUP A Div J T
CITRIX SYSTEMS A Div J T
CME GROUP A Div J T
CMS ENERGY CORP    J T
COCA COLA COMPANY A Div J T Buy add'l 1/14/2019 J
COCA COLA COMPANY        Sold part 3/7/2019 J A
COGNEX CORP A Div J T
COGNIZANT TECHNOLOGYSOLUTIONS CORP CL A A Div J T Sold part 5/10/2019 J A
COMCAST CORP CL A A Div J T Buy  6/10/2019 J
COMPUTER PROGRAMS & SYS INC COM A Div J T Buy   10/2/2019 J
CONAGRA BRANDS INC  COM A Div J T Buy  3/7/2019 J
CONCHO RES A Div J T Buy  10/2/2019 J
CONOCO PHILIPS COM A Div J T
CONSTELLATION BRANDS A Div J T
CONTINENTAL RES INC A Div J T
CORNING INC A Div J T
CORTEVA INC    COM    J T Buy  8/6/2019 J
CORTEVA INC    COM    J T Sold  10/2/2019 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CORTEVA INC      COM         Buy  12/10/2019 J
COSTCO WHOLESALE A Div J T
COUSINS PPTY INC (X) A Div J T
CRANE COMPANY A Div J T
CROWN CASTLE INTL CORP A Div J T
CSX CORP A Div J T
CUBIC CORP (X) A Div J T
CURTISS WRIGHT CORP A Div J T
CVS HEALTH CORP    COM A Div    Sold  3/7/2019 J A
CVS HEALTH CORP    COM        Buy  5/10/2019 J
DANAHER CORP A Div J T
DAVITA INC        COM         Sold  6/10/2019 J A
DEERE & CO A Div J T
DELTA AIRLINES A Div J T
DENNY'S CORP (X) A Div J T
DENTSPLY SIRONA A Div J T
DEVON ENERGY CORP   NEW COM A Div    Buy  6/10/2019 J
DEVON ENERGY CORP   NEW COM       Sold  9/21/2120 J A
DEXCOM     J T
DIAMONDBACK ENERGY  INC COM A Div J T Buy  8/6/2019 J
DISCOVER FINL SERVICES A Div J T
DISNEY WALT A Div J T
DOLLAR GENERAL A Div J T
DOLLAR TREE INC COM         Buy  10/2/2019 J
DOLLAR TREE INC COM        Sold  12/10/2019 J A
DOMINION ENERGY A Div J T
DOW INC         COM A Div J T Sold  5/10/2019 J A
DOW INC         COM        Buy  8/6/2019 J
DOWDUPONT INC     COM A Div    Buy  1/14/2019 J
DOWDUPONT INC COM        Sold  5/10/2019 J A
DUPONT DE NEMOURS   INC COM A Div J T Buy  8/6/2019 J
DXC TECHNOLOGY CO   COM A Div J T Sold  6/10/2019 J A
DXC TECHNOLOGY CO   COM        Buy  10/2/2019 J
DYNEX CAP INC COM   NEW A Div    Sold  6/10/2019 J A
EATON CORP     J T
EBAY INC COM A Div J T Buy  1/14/2019 J
ECOLAB INC A Div J T
EDISON INTL A Div J T
EDWARDS LIFESCCIENCES     J T
EL PASO ELECTRIC (X) A Div J T
ELECTRONIC ARTS     J T
EMERGENT BIOSOLUTIONS     J T
EMERSON ELEC A Div J T
EOG RES INC       COM A Div J T Sold  8/6/2019 J A
EOG RES INC       COM       Buy  10/2/2019 J
EPR PROPERTIES COM A Div J T
EQUIFAX INC     J T Buy  12/10/2019 J
EQUINIX INC COM PAR $0 001     J T Buy  12/10/2019 J
EQUITY RESIDENTIAL SH BEN INT COM A Div J T
ESTEE LAUDER A Div J T
ETRADE FINL CORP A Div J T
EVERTEC INC A Div J T
EVOQUA WATER TECH (X)     J T
EXELON CORP A Div J T
EXPEDIA GROUP A Div J T
EXPEDITORS INTL WASH A Div J T
EXXON MOBIL CORP COM A Div J T Sold part 1/14/2019 J A
EXXON MOBIL CORP COM        Sold part 1/14/2019 J A
EXXON MOBIL CORP COM        Buy add'l 3/7/2019 J
EXXON MOBIL CORP COM        Buy add'l 6/10/2019 J
EXXON MOBIL CORP COM        Sold part 8/6/2019 J A
EXXON MOBIL CORP COM        Buy add'l 10/2/2019 J
EXXON MOBIL CORP COM        Sold part 12/10/2019 J A
F5 NETWORKS     J T
FACEBOOK INC CL A     K T Buy add'l 3/7/2019 J
FEDEX CORP COM A Div    Sold  6/10/2019 J A
FGL HOLDINGS (X)     J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FIDELITY NATL INFO SYS A Div J T
FIFTH THIRD BANCORP A Div J T
FIRST COMMONWEALTH FINL CORP A Div J T
FISERV INC    J T
FOOT LOCKER A Div J T
FORD MOTOR A Div J T
FORRESTER RESH INC  COM        Sold  10/2/2019 J A
FORTIVE CORP (X) A Div J T
FOX CORP        CL A COM A Div    Sold  6/10/2019 J A
GARTNER INC (X)    J T
GENERAL DYNAMICS    CORP COM A Div J T Buy  6/10/2019 J
GENERAL ELECTRIC A Div J T
GENERAL MILLS INC  COM A Div J T Buy  10/2/2019 J
GENERAL MOTORS A Div J T
GENESCO INC    J T
GILEAD SCIENCES INC A Div J T Buy  5/10/2019 J
GLOBAL PMNTS INC A Div J T
GLOBE LIFE INC A Div J T
GOLDMAN SACHS GROUP INC COM A Div J T Buy  5/10/2019 J
GRAINGER WW INC A Div J T
HAEMONETICS CORP    J T
HALLIBURTON CO COM A Div J T Sold  5/10/2019 J A
HALLIBURTON CO COM        Buy  6/10/2019 J
HALLIBURTON CO COM        Sold  10/2/2019 J A
HALLIBURTON CO COM        Buy  12/10/2019 J
HCA HEALTHCARE INC  COM A Div J T Buy  3/7/2019 J
HCA HEALTHCARE INC  COM        Sold  10/2/2019 J A
HCA HEALTHCARE INC  COM        Buy  12/10/2019 J
HEALTHPEAK PPTYS    J T
HENRY JACK & ASSOC A Div J T
HERITAGE FINL CORP A Div J T
HEWLETT PACKARD ENTERPRISE CO A Div J T
HIL ROM HLDGS COM A Div J T Buy  8/6/2019 J
HOLOGIC INC    J T
HOME DEPOT INC A Div J T
HONEYWELL INTL A Div J T
HP INC A Div J T
HUMANA INC A Div J T
HUNTSMANT CORP A Div J T
ICU MED INC COM    J T Sold  10/2/2019 J A
ICU MED INC COM        Buy  12/10/2019 J
IDACORP INC A Div J T
IDEX CORP A Div J T
IDEXX LABS INC (X)    J T
ILLINOIS TOOL WORKS INC A Div J T
ILLUMINA INC    J T
INCYTE CORP    J T
INGERSOLL RAND PLC (X)    J T
INNERWORKINGS INC  COM        Buy  3/7/2019 J
INNERWORKINGS INC  COM        Sold  5/10/2019 J A
INTEL CORP A Div J T
INTERCONTINENTAL EXCHANGE INC A Div J T
INTERNATIONAL BUSINESS MACHINES CORP A Div J T
INTERNATIONAL PAPER CO COM A Div J T Buy  10/2/2019 J
INTL FLAVORS &    FRAGRANCES INC A Div    Buy  5/10/2019 J
INTL FLAVORS &    FRAGRANCES INC        Sold  10/2/2019 J A
INTUIT CORP A Div J T
INTUITIVE SURGICAL INC    J T
IOVANCE BIOTHERAPEUTICS INC (X)    J T
IQVIA HOLDINGS INC    J T
JOHNSON CTLS INTL  PLC SHS        ISIN#IE00BY7QL619    J T Sold  1/14/2019 J A
JOHNSON CTLS INTL  PLC SHS        ISIN#IE00BY7QL619        Buy  5/10/2019 J
JP MORGAN CHASE & CO A Div J T
KAMAN CORP COM A Div J T
KEYCORP NEW COM A Div J T Sold part 1/14/2019 J A
KIMBERLY CLARK CORP COM A Div J T
KIMCO RLTY CORP COM A Div J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

KINDER MORGAN INC COM A Div J T
KLA CORP COM (X) A Div J T
KOHLS CORP COM A Div J T
KONTOOR BRANDS INC COM A Div J T
KRAFT HEINZ CO    COM STK A Div    Sold  3/7/2019 J A
KROGER CO COM A Div J T
L3 HARRIS TECH INC COM A Div J T
LABORATORY CORP AMERHLDGS COM NEW    J T Sold part 1/14/2019 J A
LABORATORY CORP AMERHLDGS COM NEW      Buy add'l 3/7/2019 J
LAM RESEARCH CORP COM A Div J T
LAS VEGAS SANDS CORP COM A Div J T
LENNAR CORP CL A COM A Div J T
LENNOX INTL INC COM (X) A Div J T
LIBERTY BROADBAND CORP COM    J T
LIBERTY MEDIA CORP COM    J T
LINDE PLC    J T
LIVANOVA PLC SHS   ISIN#GB00BYMT0J19    J T Buy  5/10/2019 J
LOCKHEED MARTIN CORP COM A Div J T
LOWES COS INC COM A Div J T
LULULEMON ATHLETICA INC COM    J T Buy  8/6/2019 J
LYONDELLBASELL    INDUSTRIES N V ORD  SHS CL A      Sold  8/6/2019 J A
M&T BK CORP A Div J T
MACK CALI RLTY CORP COM A Div J T
MACQUARIE INFRASTRUCTURE CORP COM A Div J T
MACYS INC COM A Div    Sold  10/2/2019 J A
MARATHON PETE CORP COM A Div J T
MARRIOTT INTL CL A COM A Div J T
MARSH & MCLENNAN COS INC COM A Div J T
MASTERCARD INC COM A Div J T
MCCORMICK & CO COM A Div J T
MCDONALDS CORP COM A Div J T
MCKESSON CORP    COM A Div J T Buy  5/10/2019 J
MDC HOLDINGS INC COM (X) A Div J T
MEDNAX INC COM    J T Buy  10/2/2019 J
MEDTRONIC PLC SHS COM    J T
MGM RESORTS INTL COM A Div J T
MICROCHIP TECH INC COM (X) A Div J T
MICRON TECH INC COM    J T
MICROSOFT CORP    COM A Div L T Buy add'l 8/6/2019 J
MICROSTRATEGY INC CL A COM    J T
MIDDLEBY CORP COM    J T
MOHAWK INDUSTRIES INC COM    J T
MOLSON COORS BREWINGCO CL B NON VTG STK A Div    Sold part 5/10/2019 J A
MOLSON COORS BREWINGCO CL B NON VTG STK      Sold  8/6/2019 J A
MONDELEZ INTL INC COM A Div J T
MONSTER BEVERAGE CORP COM    J T
MOODYS CORP COM (X) A Div J T
MORGAN STANLEY CORP COM A Div J T
MOSAIC CO COM A Div J T
MOTOROLA SOLUTIONS INC COM A Div J T
NATIONAL CINEMEDIA INC COM A Div J T
NATIONAL OILWELL VARCO A Div J T Buy  6/10/2019 J
NETAPP INC COM A Div J T
NETFLIX INC COM    J T
NEUROCRINE BIOSCIENCES INC COM (X)    J T
NEWMONT GOLDCORP COM (X) A Div J T
NEXTERA ENERGY COM A Div J T
NIELSEN HOLDINGS PLCSHS         Buy  3/7/2019 J
NIELSEN HOLDINGS PLCSHS         Sold  5/10/2019 J A
NIELSEN HOLDINGS PLCSHS         Buy  6/10/2019 J
NIELSEN HOLDINGS PLCSHS         Sold  12/10/2019 J A
NIKE INC COM A Div J T
NOBLE ENERGY INC    COM A Div J T Buy  8/6/2019 J
NORFOLK SOUTHRN CORP COM A Div J T
NORTHERN TRUST CORP COM A Div J T
NORTHROP GRUMAN CORP COM A Div J T
NORTHWEST NAT HLDG COM A Div J T

| Name of Person Reporting | Date of Report |
| --- | --- |
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NORTON LIFELOCK INC COM A Div J T
NVIDIA CORP COM A Div J T
NXP SEMICONDUCTORS NV COM     J T
OCCIDENTAL PETE CORPCOM A Div     Sold part 6/10/2019 J A
OCCIDENTAL PETE CORPCOM          Buy add'l 8/6/2019 J
OCCIDENTAL PETE CORPCOM          Sold   10/2/2019 J A
OLD NATL BANCORP COM A Div J T
OMINCOM GROUP INC COM A Div J T
ONEOK INC COM A Div J T
ORACLE CORP COM A Div J T
O'REILLY AUTO INC COM     J T
PACCAR INC COM A Div J T
PALO ALTO NETWORKS COM (X)     J T
PARKER HANNIFIN CORP COM A Div J T
PAYPAL HLDGS INC COM     J T
PEPSICO INC          COM A Div J T Sold part 1/14/2019 J A
PEPSICO INC          COM          Buy add'l 6/10/2019 J
PEPSICO INC          COM          Sold part 8/6/2019 J A
PEPSICO INC          COM          Buy add'l 10/2/2019 J
PERKINELMER INC COM A Div J T
PHILIP MORRIS INTL  INC COM A Div J T Sold  1/14/2019 J A
PHILIP MORRIS INTL  INC COM          Buy   3/7/2019 J
PHILIP MORRIS INTL  INC COM          Sold  6/10/2019 J A
PHILIP MORRIS INTL  INC COM          Buy   8/6/2019 J
PHILIP MORRIS INTL  INC COM          Buy add'l 10/2/2019 J
PHILLIPS 66 COM A Div J T
PIONEER NAT RES CO COM A Div J T
PLEXUS CORP COM (X)     J T
PNC FINL SVCS GROUP COM A Div J T
PNM RES INC COM A Div J T
PPG INDS INC COM A Div J T
PRA HEALTH SCIENCES INC COM     J T
PRICE T ROWE GROUP INC COM A Div J T
PRINCIPAL FINL GROUP INC COM A Div J T
PROCTER & GAMBLE INC COM A Div J T
PROGRESSIVE CORP COM A Div J T
PROLOGIS INC COM A Div J T
PUBLIC STORAGE COM A Div J T
QUAGEN NV REGISTERED SHS     J T
QUALCOMM INC A Div J T
QUEST DIAGNOSTICS INC COM A Div J T
RAYMOND JAMES FINL INC COM A Div J T
RAYTHEON CO COM A Div J T
RBC BEARINGS INC COM     J T
REGENERON          PHARMACEUTICALS INC     J T Sold  5/10/2019 J A
REGENERON          PHARMACEUTICALS INC          Buy  6/10/2019 J
REGENERON          PHARMACEUTICALS INC          Sold  10/2/2019 J A
REGENERON          PHARMACEUTICALS INC          Buy  12/10/2019 J
RESMED INC COM A Div J T
ROCKWELL AUTOMATION INC COM     A Div J T Sold part 8/6/2019 J A
ROPER TECHNOLOGIES INC COM A Div J T
ROYAL CARIBBEAN CRUISES LTD     J T
S&P GLOBAL INC COM A Div J T
SALESFORCE.COM  INC COM     J T
SAREPTA THERAPEUTICS INC COM     J T Buy  12/10/2019 J
SAUL CNTRS INC COM A Div J T
SBA COMMUNICATIONS INC COM (X) A Div J T
SCANSOURCE INC COM     J T
SCHEIN HENRY INC COM (X)     J T
SCHLUMBERGER LTD   COM     A Div J T Buy 1/14/2019 J
SCHLUMBERGER LTD   COM          Buy add'l 5/10/2019 J
SCHLUMBERGER LTD   COM          Sold  6/10/2019 J A
SCHLUMBERGER LTD   COM          Buy  8/6/2019 J
SCHLUMBERGER LTD   COM          Sold  10/2/2019 J A
SCHLUMBERGER LTD   COM          Buy  12/10/2019 J
SCHWAB CHARLES CORP COM A Div J T
SEACOAST BKG CORP COM     J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SEATTLE GENETICS INC COM    J T
SEMPRA ENERGY COM A Div J T
SERVICENOW INC COM    J T
SIMON PPTY GROUP INC COM A Div J T
SIMPSON MFG INC COM (X) A Div J T
SIRIUS SM HLDGS INC COM A Div J T
SMUCKER JM CO COM A Div J T
SOUTHERN CO COM A Div J T
SOUTHWEST AIRLS CO COM A Div J T
SPIRIT RLTY CAP INC COM A Div J T
SPLUNK INC COM    J T
SPROUTS FMRS MKT INC COM    J T
STARBUCKS CORP COM A Div J T
STATE STR CORP COM    J T Buy  12/10/2019 J
STEEL DYNAMICS INC  COM A Div    Sold  6/10/2019 J A
STRYKER CORP COM A Div J T
SUMMIT MATLS INC COM (X)    J T
SYNEOS HEALTH INC COM (X)    J T
SYNOPSYS INC COM    J T
SYNOVUS FINL CORP COM A Div J T
SYSCO CORP COM A Div J T
TARGET COPR COM A Div J T
TEMPER SEALY INTL INC COM (X)    J T
TENET HEALTHCARE CORP COM (X)    J T
TENNECO INC       CL A VTG COM STK       Buy  6/10/2019 J
TENNECO INC       CL A VTG COM STK       Sold  8/6/2019 J A
TESLA INC COM    J T Sold  6/10/2019 J A
TESLA INC COM       Buy add'l 8/6/2019 J
TETRA TECH INC COM (X) A Div J T
TEXAS INSTRUMENTS INC COM A Div J T
TEXAS ROADHOUSE INC COM A Div J T
THERMO FISHER SCIENTIFIC INC COM A Div J T
TIFFANY & CO COM A Div J T
TIMKENSTEEL CORP    COM    J T Buy  8/6/2019 J
TORO CO COM A Div J T
TRAVELERS COS INC COM A Div J T
TREEHOUSE FOODS INC COM    J T
TRUST FINL CORP COM (FORMERLY BB&T CORP)    J T
TRUSTMARK CORP  A Div J T
TWITTER INC COM    J T
UGI CORP       Buy  12/10/2019 J
UGI CORP COM    J T
ULTA BEAUTY INC    COM       Buy  5/10/2019 J
ULTA BEAUTY INC    COM       Sold  5/10/2019 J A
ULTA SALON       COSMETICS &       FRAGRANCE INC    J T Buy  12/10/2019 J
UNION PAC CORP COM A Div J T
UNITED CMNTY BK COM (X) A Div J T
UNITED HEALTHGROUP INC COM A Div J T
UNITED PARCEL SVC INC COM A Div J T
UNITED STATES CELLULAR CORP COM    J T
UNITED STS STL CORP NEW COM A Div    Buy  6/10/2019 J
UNITED STS STL CORP NEW COM       Sold  8/6/2019 J A
UNITED TECHNOLOGIES CORP COM A Div J T
UNIVERSAL HEALTH    SVCS INC CL B A Div J T Buy  8/6/2019 J
US  BANCORP DEL COM A Div J T
US BANCORP DEL    COM       Sold  1/14/2019 J A
US FOOD HLDG CORP COM    J T
VALERO ENERGY CORP COM A Div J T
VARIAN MED SYS INC COM    J T
VEEVA SYS INC    CL A COM       Buy  6/10/2019 J
VEEVA SYS INC    CL A COM       Sold  12/10/2019 J A
VENTAS INC COM A Div J T
VEREIT INC COM A Div J T
VERISIGN INC COM    J T
VERIZON COMMUN INC COM A Div J T
VERTEX PHARMACEUTICALS INC COM    J T
VF CORP COM A Div J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIACOM CBS INC COM A Div J T
VISA INC COM A Div J T
VISTEON CORP COM    J T Buy  6/10/2019 J
VULCAN MATLS CO COM A Div J T Buy  5/10/2019 J
WALMART INC COM A Div J T
WASTE MGMT INC COM A Div J T
WATERS CORP COM    J T
WELBILT INC COM    J T Buy  1/14/2019 J
WELLCARE HEALTH PLANS INC COM    J T
WELLS FARGO & CO   NEW COM A Div J T Buy  1/14/2019 J
WELLS FARGO & CO   NEW COM       Sold part 5/10/2019 J A
WELLS FARGO & CO   NEW COM       Buy  6/10/2019 J
WELLTOWER INC COM A Div J T
WEST PHARMACEUTICAL SVCS INC COM A Div J T
WILLIAMS COS INC COM A Div J T
WORKDAY INC CL A COM    J T
WPX ENERGY INC COM (X)    J T
WRIGHT MED GROUP NV ORD COM    J T
WYNDHAM DESTINATIONS COM A Div J T
WYNDHAM HOTELS & RESORTS COM A Div J T
XLINX INC COM A Div J T
YUM BRANDS INC COM A Div J T
YUM CHINA HOLDINGS COM A Div J T
ZILLOW GROUP INC COM    J T
ZIMMER BIOMET HLDGS INC COM A Div J T Buy  3/7/2019 J

BROKERAGE #4,  Part VII, Line 54

A P MOLLER MAERSK ASADR    A Div J T Buy  1/29/2019 J
A P MOLLER MAERSK ASADR         Sold  5/14/2019 J A
A P MOLLER MAERSK ASADR         Buy  6/18/2019 J
ABB LTD SPONSORED  ADR A Div J T Buy add'l 3/5/2019 J
ABB LTD SPONSORED  ADR       Sold part 4/9/2019 J A
ABB LTD SPONSORED  ADR       Buy add'l 5/14/2019 J
ABB LTD SPONSORED  ADR       Sold part 6/18/2019 J A
ABB LTD SPONSORED  ADR       Buy add'l 8/27/2019 J
ACS ACTIV DE     CONSTRUC Y SERV ADR    J T Buy add'l 8/27/2019 J
ADECCO SA       ADR     A Div J T Buy add'l 3/5/2019 J
ADIDAS A Div J T
AEGON N V       ORD AMER REG A Div J T Buy  10/1/2019 J
AERCAP HOLDING N V  SHS    J T Buy  8/27/2019 J
AGC INC       ADR      Sold  8/27/2019 J A
AGEAS SPONS ADR  A Div J T
AIA GROUP LTD    SPONSORED ADR    J T
AIR LIQUIDE ADR A Div J T
AIRBUS GROUP ADR NCE & SPACE CO  A Div J T
ALFA LAVAL AB     SWEDEN       ADR    J T
ALLIANZ SE SPONS ADRREPSTG 1/10 SHS    J T
ALPS ELEC LTD ADR    J T Buy  8/27/2019 J
ALUMINA LTD SPONSORED ADR A Div J T
AMADEUS IT HLDG SA  ADS       A Div J T
AMCOR PLC REGISTEREDSHS  A Div J T
ANGLO AMERN PLC SPONSORED ADR A Div J T
ANHEUSER BUSCH INBEVSA NV SPONSORED ADR  A Div J T Buy add'l 1/29/2019 J
ANHEUSER BUSCH INBEVSA NV SPONSORED ADR       Buy add'l 4/9/2019 J
ANHEUSER BUSCH INBEVSA NV SPONSORED ADR       Sold part 11/5/2019 J A
ARKEMA        SPONSORED ADR A Div J T Buy add'l 8/27/2019 J
ASAHI KASEI CORP   ADR         ISIN#US0434001006 A Div J T Sold  8/27/2019 J A
ASHTEAD GROUP PLC  ADR A Div J T
ASML HLDG    J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ASSOCIATED BRIT FOODS LTD ADR NEW A Div J T Buy 10/1/2019 J
ATLANTIA SPA ADR A Div J T
ATLAS COPCO AB SPON ADR NEW REPSTG A Div J T
AUSTRALIA & NEW ZEALAND BKG GRP LTD SPONSORED ADR RPSTG 5 ORD SHS A Div J T Buy 1/29/2019 J
AUSTRALIA & NEW ZEALAND BKG GRP LTD SPONSORED ADR RPSTG 5 ORD SHS Buy add'l 5/14/2019 J
AUSTRALIA & NEW ZEALAND BKG GRP LTD SPONSORED ADR RPSTG 5 ORD SHS Buy add'l 8/27/2019 J
AUSTRALIA & NEW ZEALAND BKG GRP LTD SPONSORED ADR RPSTG 5 ORD SHS Sold part 12/11/2019 J A
AVIVA PLC ADR A Div J T
BAE SYS A Div J T
BANCO BILBAO VIZCAYAARGENTARIA SA ISIN#US05946K1016 APONSORED ADR Buy 1/3/2019 J
BANCO BILBAO VIZCAYAARGENTARIA SA ISIN#US05946K1016 APONSORED ADR Sold 8/27/2019 J A
BANCO SANTANDER SA ADR ISIN#US05964H1059 Sold 8/27/2019 J A
BARCLAYS PLC ADR ISIN#US06738E2046 A Div J T Buy 8/27/2019 J
BARRICK GOLD CORP COM ISIN#CA0679011084 Sold 3/5/2019 J A
BASF SE SPONS ADR ISIN#US0552625057 A Div Buy 1/29/2019 J
BASF SE SPONS ADR ISIN#US0552625057 Sold 6/18/2019 J A
BAYERISCHE MOTOREN WERKE A G SPONSORED ADR ISIN#US0727433056 J T Buy 8/27/2019 J
BEIGENE LTD SPONSORED ADR J T
BHP GROUP LTD SPONSORED ADR ISIN#US0886061086 A Div J T Sold part 1/29/2019 J A
BHP GROUP PLC J T
BIC SA ADR ISIN#US0887361030 J T Buy 8/27/2019 J
BNP PARIBAS A Div J T
BP PLC J T
BRAMBLES SHS SPONS ADR REPR 2 SHS A Div J T
BRENNTAG AG ADR A Div J T Buy add'l 8/27/2019 J
BRIDGESTONE CORP ADR A Div J T
BRITISH AMERN TOB PLC SPONSORED ADR A Div J T Buy add'l 5/14/2019 J
BRITISH LD CO PLC SPONSORED ADR A Div J T Buy add'l 5/14/2019 J
BURBERRY GROUP PLC A Div J T
CANON INC ADR REPSTG5 SHS A Div Buy 1/29/2019 J
CANON INC ADR REPSTG5 SHS Sold 8/27/2019 J A
CAPGEMINI A Div J T
CARREFOUR SA SPONSORED ADR ISIN#US1444302046 A Div Sold 8/27/2019 J A
CENTRAL JAPAN RAILWAY CO ADR A Div J T
CHECK POINT SOFTWARETECHNOLOGIES LTD SHSISIN#IL0010824113 J T Sold part 1/29/2019 J A
CHR HANSEN HLDG A/S SPONS ADR A Div J T
CITY DEVELOPMENT LTDADR A Div J T
CLP HOLDINGS LTD SPONSORED ADR A Div Sold 11/5/2019 J A
COCA-COLA EUROPEAN PARTNERS PLC SHS J T
COLOPLAST A/S ADR A Div J T Buy add'l 1/29/2019 J
COMMERZBANK AG SPONSORED ADR NEW ISIN#US2025976059 Buy 6/18/2019 J
COMMERZBANK AG SPONSORED ADR NEW ISIN#US2025976059 Sold 8/27/2019 J A
COMMONWEALTH BK AUSTRALIA SPONS ADR ISIN#US2027126000 A Div J T Sold part 4/9/2019 J A
COMMONWEALTH BK AUSTRALIA SPONS ADR ISIN#US2027126000 Buy add'l 8/27/2019 J
COMMONWEALTH BK AUSTRALIA SPONS ADR ISIN#US2027126000 Sold part 10/1/2019 J A
COMMONWEALTH BK AUSTRALIA SPONS ADR ISIN#US2027126000 Buy add'l 12/11/2019 J
COMPAGINE FINANCIERERICHEMONT AG SWITZ ADR A Div J T Sold part 10/1/2019 J A
COMPASS GROUP PLC SPONSORED ADR NEW JUNE 2017 A Div J T
CONTINENTAL AG SPONSADR Buy 6/18/2019 J
CONTINENTAL AG SPONSADR Sold 8/27/2019 J A
CONTINENTAL AG SPONSADR Buy 10/1/2019 J
CONTINENTAL AG SPONSADR Sold 12/11/2019 J A
CONVATEC GROUP PLC ADR A Div Sold 6/18/2019 J A
COVESTRO AG SPONSORED ADR ISIN# US22304D2071 A Div Buy 6/18/2019 J
COVESTRO AG SPONSORED ADR ISIN# US22304D2071 Sold 8/27/2019 J A
CREDIT AGRICOLE SA ADR A Div J T
CREDIT SUISSE GROUP SPONSORED ADR A Div J T Sold part 4/9/2019 J A
CREDIT SUISSE GROUP SPONSORED ADR Buy add'l 5/14/2019 J
CREDIT SUISSE GROUP SPONSORED ADR Sold part 6/18/2019 J A
CREDIT SUISSE GROUP SPONSORED ADR Buy add'l 7/23/2019 J
CRH PLC ADR A Div J T Buy 1/29/2019 J
CSL LTD SPONSORED ADR A Div J T
DAI NIPPON PRTG LTD JAPAN SPON ADR A Div J T
DAIKIN INDS LTD ADR A Div J T
DAIMLER AG ADR ISIN#US2338252073 A Div Sold 6/18/2019 J A
DAITO TR CONSTR CO LTD SPONSORED ADR A Div J T Buy add'l 5/14/2019 J
DAIWA HOUSE IND LTD ADR A Div J T Buy add'l 5/14/2019 J

| Name of Person Reporting | Date of Report |
|---|---|
| **CECCHI, CLAIRE C.** | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DAIWA SECS GROUP INCSPONS ADR          ISIN#US2340643012 A Div J T Buy add'l 8/27/2019 J
DANONE SPONSORED ADR A Div J T
DANSKE BK A/S      SPONSORED ADR      ISIN#US2363632066      J T Buy   10/1/2019 J
DASSAULT SYS A Div J T
DBS GROUP HLDGS A Div J T
DENSO CORP ADR A Div J T Buy   1/29/2019 J
DENSO CORP ADR         Sold part 3/5/2019 J A
DEUTSCHE BANK AG    NAMEN AKT         ISIN#DE0005140008 A Div    Sold  6/18/2019 J A
DEUTSCHE BOERSE    ADR          ISIN#US2515421061 A Div J T Buy add'l 8/27/2019 J
DEUTSCHE LUFTHANSA  AG SPONSORED ADR A Div J T Buy   10/1/2019 J
DEUTSCHE POST AG    SPONS ADR        ISIN#US25157Y2028 A Div J T Buy   1/29/2019 J
DEUTSCHE POST AG    SPONS ADR        ISIN#US25157Y2028      Buy add'l 3/5/2019 J
DEUTSCHE TELEKOM AG SPONSORED ADR A Div J T Sold part 5/14/2019 J A
DEUTSCHE TELEKOM AG SPONSORED ADR      Buy add'l 8/27/2019 J
DIAGEO PLC A Div J T
DNB ASA          SPONS ADR REPSTG 10 ORD SHS         A Div J T Buy add'l 8/27/2019 J
DSV PANALPINA    J T
E ON SE A Div J T
EAST JAPAN RY CO    ADR          ISIN#US2737021017 A Div J T Sold part 11/5/2019 J A
EDP ELECTICIDADE DE PORTUGAL S A       SPONSORED ADR A Div J T
ELBIT SYSTEMS LTD    J T
ELECTRICITE DE    FRANCE ADR A Div J T Buy add'l 12/11/2019 J
ENEL SOCIETA PER    AZIONI ADR         ISIN#US29265W2070 A Div J T Sold part 1/29/2019 J A
ENGIE SPONSORED    ADR A Div J T
ERICSSON L M TEL CO ADR CL B SEK 10 NEW EXCH FOR ADR CL B   SEK NEW A Div J T Sold part 1/29/2019 J A
ESSILOR INTL S A    SPONSORED ADR      ISIN#US2972842007 A Div J T Sold part 4/9/2019 J A
ESSITY AB SHS      SPONSORED AMERICAN  DEPOSIT RECEIPT A Div J T
EXPERIAN PLC A Div J T
FANUC CORPORATION   ADR          ISIN#US3073051027 A Div J T Buy   4/9/2019 J
FANUC CORPORATION   ADR          ISIN#US3073051027      Sold  5/14/2019 J A
FAST RETAILING CO   LTD ADR   A Div J T
FERGUSON PLC A Div J T
FERRARI N V SHS      J T
FERROVIAL S A      ADR    J T
FIAT CHRYSLER      AUTOMOBILES N V SHS    J T
FLUTTER ENTMT PLC   ADR A Div J T Buy   1/29/2019 J
FORTESCUE METALS    GROUP LTD A Div J T
FRESENIUS MED CARE A Div J T Buy add'l 6/18/2019 J
FRESENIUS SE & CO   KGAA SPONSORED ADR  A Div J T Buy add'l 1/29/2019 J
FUCHS PETROLUB SE   ADR          ISIN#US35952Q1067    J T Buy   10/1/2019 J
FUJIFILM HLDGS CORP ADR 2 ORD A Div J T
FUJITSU LTD A Div J T
GALP ENERGIA SGPS SAADR A Div J T
GEA GROUP AG      ADR          ISIN#US3615921083    J T Buy   8/27/2019 J
GEBERIT SHS UNSPON  ADR REPR 1/10 SH A Div J T Buy   1/29/2019 J
GENMAB A/S    J T
GIVAUDAN SA A Div J T
GLENCORE PLC      ADR          ISIN#US37827X1000 A Div J T Sold  5/14/2019 J A
GLENCORE PLC      ADR          ISIN#US37827X1000      Buy   6/18/2019 J
GRIFOLS S A      A Div J T Buy add'l 5/14/2019 J
HANG LUNG PPTYS LTD SPONSORED ADR  A Div J T Buy add'l 12/11/2019 J
HANNOVER RUECK SE   SPONS ADR A Div J T
HEINEKEN HLDGS NV   SPONS ADR        ISIN#US4230081014 A Div J T Sold part 1/29/2019 J A
HEINEKEN N V      SPONS ADR LEVEL 1   A Div J T Buy add'l 12/11/2019 J
HENDERSON LAND DEV  LTD SP ADR A Div J T
HENKEL AG & CO KGAA SPONSORED ADR REPSTGPFD SHS      Sold  3/5/2019 J A
HENNES & MAURITZ AB ADR  A Div J T Buy add'l 3/5/2019 J
HERMES INTL SCA    ADR A Div J T Buy add'l 3/5/2019 J
HEXAGON AB      ADR  A Div J T
HITACHI LTD      ADR 10 COM NEW A Div J T
HONDA MTR LTD ADR   REPRESENTING 2 ORD  SHS A Div    Sold  8/27/2019 J A
HONG KONG @ CHINA   GAS ADR A Div J T
HOYA CORP A Div J T
HSBC HLDGS PLC      SPONS ADR NEW A Div J T Buy add'l 1/29/2019 J
HSBC HLDGS PLC      SPONS ADR NEW      Buy add'l 3/5/2019 J
HSBC HLDGS PLC      SPONS ADR NEW      Sold part 8/27/2019 J A
HSBC HLDGS PLC      SPONS ADR NEW      Buy add'l 12/11/2019 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IBERDROLA S A      SPONSORED ADR      REPSTG 1 ORD SHS    ISIN#US4507371015 A Div J T Sold part 1/29/2019 J A
IMPERIAL BRANDS PLC SPONSORED ADR   A Div J T Buy   11/5/2019 J
INDUSTRIA DE DISENO TEXTIL INDITEX SA   ADR           ISIN#US4557931098 A Div J T Buy   8/27/2019 J
INFINEON        TECHNOLOGIES AG    ISIN#US45662N1037   SPONS ADR A Div J T Sold part 6/18/2019 J A
INFORMA PLC        SPONSORED ADR NEW    ISIN#US45672B3050 A Div J T Buy   1/29/2019 J
ING GROEP N V  ADR A Div    Sold part 8/27/2019 J A
INPEX CORP       ADR            ISIN#US45790H1014 A Div J T Buy add'l 8/27/2019 J
INTERCONTINENTAL   HOTELS GROUP PLC   NEW SPONSORED ADR   NEW 2018 A Div J T Buy add'l 1/29/2019 J
INTESA SANPAOLO    S P A SPON ADR      REPSTG ORD SHS A Div J T
ISRAEL CHEMICALS LTDSHS      J T
ITOCHU CORP ADR A Div J T
ITV PLC        ADR     J T
J SAINSBURY PLC    SPONSORED ADR NEW A Div J T Sold part 5/14/2019 J A
J SAINSBURY PLC    SPONSORED ADR NEW       Buy add'l 6/18/2019 J
JAMES HARDIE INDS NVSPONS ADR    A Div J T
JAPAN AIRLS LTD     ADR            ISIN#US4710381090 A Div    Buy   8/27/2019 J
JAPAN AIRLS LTD     ADR            ISIN#US4710381090      Sold   10/1/2019 J A
JAPAN EXCHANGE GROUPINC ADR        ISIN#US4710591052 A Div J T Sold part 10/1/2019 J A
JAPAN TOB INC      ADR            ISIN#US4711052054 A Div J T Sold part 8/27/2019 J A
JARDINE STRATEGIC   HLDGS LTD BERMUNDA   ADR A Div J T Sold   8/27/2019 J A
JARDINE STRATEGIC   HLDGS LTD BERMUNDA   ADR        Buy   10/1/2019 J
JARDINE STRATEGIC   HLDGS LTD BERMUNDA   ADR        Sold part 12/11/2019 J A
JGC CORP       ADR            ISIN#US4661401004 A Div    Sold   5/14/2019 J A
JULIUS BAER GROUP  LTD ADR        ISIN#US48137C1080 A Div J T Buy add'l 7/23/2019 J
JULIUS BAER GROUP  LTD ADR        ISIN#US48137C1080        Sold part 8/27/2019 J A
KAO CORP A Div J T
KBC GROUP NV       ADR            ISIN#US48241F1049 A Div J T Sold part 5/14/2019 J A
KDDI CORP       ADR            ISIN#US48667L1061 A Div J T Sold part 4/9/2019 J A
KERING S A ADR A Div J T
KINGFISHER PLC     SPONSORED ADR     ISIN#US4957244035 A Div    Buy   1/29/2019 J
KINGFISHER PLC     SPONSORED ADR     ISIN#US4957244035       Sold   6/18/2019 J A
KIRIN HLDGS CO LTD  SPONSORED ADR A Div J T
KONE OYJ       ADR            ISIN#US50048H1014 A Div J T Buy add'l 11/5/2019 J
KONINKLUKE AHOLD NV A Div J T
KONINKLUKE PHILIPS N V A Div J T
KONINKLUKE VOPAK NV A Div J T
KUBOTA CORP ADR    FORMERLY KUBOTA LTD ADR A Div J T Buy   5/14/2019 J
KUENE & NAGEL INTL  AG ADR    J T Buy   11/5/2019 J
KYOCERA CORP       ADR            ISIN#US5015562037 A Div J T Buy   1/29/2019 J
LAFARGEHOLCIM     ADR  A Div J T Buy   7/23/2019 J
LEND LEASE LTD     SPONSORED ADR A Div J T
LINE CORP        SPONSORED ADR    J T Sold part 6/18/2019 J A
LLOYDS BANKING GROUPPLC SPONS ADR     ISIN#US5394391099 A Div    Sold part 1/3/2019 J A
LLOYDS BANKING GROUPPLC SPONS ADR     ISIN#US5394391099       Sold   8/27/2019 J A
LONDON STK EXCHANGE GROUP ADR  A Div J T
LOREAL CO       ADR A Div J T Buy add'l 3/5/2019 J
LVMH MOET HENNESSY  LOUIS VUITTON ADR A Div J T
MACQUARIE GROUP LTD ADR NEW A Div J T
MARKS & SPENCER    GROUP PLC SPONSORED ADR     J T Buy   1/29/2019 J
MARKS & SPENCER    GROUP PLC SPONSORED ADR      Buy add'l 6/18/2019 J
MARKS & SPENCER    GROUP PLC SPONSORED ADR      Sold part 7/23/2019 J A
MARKS & SPENCER    GROUP PLC SPONSORED ADR      Buy add'l 10/1/2019 J
MARUI GROUP CO LTD  ADR A Div J T
MAZDA MTR CORP      ADR            ISIN#US5787871038 A Div    Sold   8/27/2019 J A
MEDIOBANCA BANCA DI CREDITO FINANZIARIO SPA ADR A Div J T
MICHELIN COMPAGNIE  GENERALE DES      ESTABLISHMENTS ADR A Div J T
MITSUBISHI CORP    SPONSORED ADR A Div J T
MITSUBISHI ELECTRIC CORP ADR A Div J T Buy   8/27/2019 J
MITSUBISHI ESTATE   LTD ADR A Div J T
MITSUBISHI UFJ FINL GROUP INC SPON ADR  ISIN#US6068221042 A Div J T Sold part 1/3/2019 J A
MITSUBISHI UFJ FINL GROUP INC SPON ADR  ISIN#US6068221042        Sold part 1/3/2019 J A
MITSUBISHI UFJ FINL GROUP INC SPON ADR  ISIN#US6068221042        Buy add'l 4/9/2019 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR  ISIN#US6068221042        Buy add'l 5/14/2019 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR  ISIN#US6068221042        Sold part 6/18/2019 J A
MITSUBISHI UFJ FINL GROUP INC SPON ADR  ISIN#US6068221042        Buy add'l 8/27/2019 J
MITSUI FUDOSAN CO  LTD ADR          ISIN#US60683M1099 A Div J T Buy   4/9/2019 J
MIZUHO FINANCIAL    GROUP INC SPON ADR A Div J T Sold part 1/3/2019 J A

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

MIZUHO FINANCIAL    GROUP INC SPON ADR        Sold part 1/3/2019 J A
MIZUHO FINANCIAL    GROUP INC SPON ADR        Sold part 1/3/2019 J A
MIZUHO FINANCIAL    GROUP INC SPON ADR        Buy add'l 6/18/2019 J
MS&AD INS GROUP    HLDGS ADR A Div J T
MUNICH RE GROUP    ADR A Div J T
MURATA MFG CO LTD    ADR            ISIN#US6264251025 A Div    Sold  8/27/2019 J A
NATIONAL AUSTRALIA  BANK LTD ADRS A Div J T Buy add'l 12/11/2019 J
NATIONAL GRID PLC    SPON ADR NEW 2017 A Div J T Buy  1/29/2019 J
NATIONAL GRID PLC    SPON ADR NEW 2017        Buy add'l 7/23/2019 J
NATIONAL GRID PLC    SPON ADR NEW 2017        Buy add'l 11/5/2019 J
NESTLE SA SPONSORED ADR A Div K T
NICE SYSTEMS LTD SPONS ADR      J T
NIDEC CORP SPONS ADR A Div J T
NINTENDO LTD ADR A Div J T Buy add'l 12/11/2019 J
NIPPON TELEG &    TELEPHONE CORP    SPONSORED ADR  A Div J T
NISSAN MOTOR LTD    SPON ADR A Div J T Buy  8/27/2019 J
NITTO DENKO CORP    ADR A Div J T
NOKIA CORP        SPONSORED ADR A Div J T Sold part 5/14/2019 J A
NOKIA CORP        SPONSORED ADR        Buy add'l 6/18/2019 J
NOKIA CORP        SPONSORED ADR        Sold part 11/5/2019 J A
NOMURA HLDGS INC    SPONSORED ADR A Div J T Sold part 1/3/2019 J A
NOMURA HLDGS INC    SPONSORED ADR        Buy add'l 3/5/2019 J
NOMURA HLDGS INC    SPONSORED ADR        Buy add'l 5/14/2019 J
NOMURA HLDGS INC    SPONSORED ADR        Sold part 6/18/2019 J A
NORDEA BK ABP      SPONSORED ADR      ISIN#US65558R1095      J T Buy  8/27/2019 J
NOVOZYMES A/S      SPONSORED ADR        Sold  1/29/2019 J A
NSK LTD SPONSORED  ADR        Buy  6/18/2019 J
NSK LTD SPONSORED  ADR        Sold  8/27/2019 J A
NTT DOCOMO INC      SPONS ADR          ISIN#US62942M2017 A Div J T Sold part 4/9/2019 J A
NXP SEMICONDUCTORS  NV COM          ISIN#NL0009538784    J T Buy  5/14/2019 J
OIL SEARCH LTD      SPONSORED ADR A Div    Sold  8/27/2019 J A
OLYMPUS CORP      SPON ADR A Div J T
OMV AG SPONS ADR NEW (X) A Div J T Buy add'l 6/18/2019 J
ORANGE SPONSORED ADR A Div J T
ORIX CORP SPONSORED ADR A Div J T Sold part 10/1/2019 J A
OVERSEA CHINEASE BKGCORP LTD ADR      ISIN#US6903331097 A Div J T Buy  8/27/2019 J
PAN PAC INTL HLDGS  CORP ADR A Div J T
PANASONIC CORP    ADR          ISIN#US69832A2050      J T Buy  4/9/2019 J
PANASONIC CORP    ADR          ISIN#US69832A2050        Buy add'l 10/1/2019 J
PARK24 CO LTD      SPONSORED ADR      J T Sold part 4/9/2019 J A
PERNOD RICARD S A    ADR A Div J T
PERSIMMON        ADR          ISIN#US7153181018        Buy  6/18/2019 J
PROSIEBENSAT 1 MEDIASE ADR        ISIN#US7434762024 A Div    Buy  5/14/2019 J
PROSIEBENSAT 1 MEDIASE ADR        ISIN#US7434762024      Sold  6/18/2019 J A
RAKUTEN INC ADR A Div J T
RECKITT BENCKISER    PLC SPONSORED ADR  ISIN#US7562552049 A Div J T Sold part 1/29/2019 J A
RECKITT BENCKISER    PLC SPONSORED ADR  ISIN#US7562552049        Buy add'l 3/5/2019 J
RECRUIT HLDGS CO LTDADR            ISIN# US75629J1016 A Div J T Buy  4/9/2019 J
RED ELECTRICA DE    ESPANA SA ADR A Div J T
RELX PLC          SPONSORED ADR A Div J T Sold part 3/5/2019 J A
RENAULT S A        ADR          ISIN#US7596734035 A Div    Buy  5/14/2019 J
RENAULT S A        ADR          ISIN#US7596734035        Sold  11/5/2019 J A
REPSOL YPF SA      SPONS ADR A Div J T
RIO TINTO PLC SPONSORED ADR A Div J T
ROHM CO LTD        ADR A Div J T Buy  6/18/2019 J
ROLLS ROYCE HLDGS  PLC SPONS ADR      ISIN US7757812067 A Div    Sold  11/5/2019 J A
ROYAL BK SCOTLAND  GROUP PLC SPON ADR  REPSTG 2 ORD SH A Div    Buy  1/3/2019 J
ROYAL BK SCOTLAND  GROUP PLC SPON ADR  REPSTG 2 ORD SH        Sold  8/27/2019 J A
ROYAL DUTCH SHELL  PLC SPONSORED ADR  RESPTG A SHS A Div J T
ROYAL DUTCH SHELL  PLC SPONSORED ADR  RESPTG B SHS A Div J T
RSA INS GROUP PLC    SPONS ADR A Div J T
RWE AG SPONSORED ADR      J T
RYANAIR HLDGS PLC    SPONSORED ADR NEW        Sold  6/18/2019 J A
SAFRAN S A ADR A Div J T
SAGE GROUP PLC ADR A Div J T
SAMPO OYJ        ADR          ISIN#US79588J1025 A Div    Sold  10/1/2019 J A
SANDVIK AB ADR A Div J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SAP AE          SPONSORED ADR A Div J T

SCOR SPONSORED ADR  REPSTG ORD SHS A Div J T

SECOM LTD ADR A Div J T Sold part 1/29/2019 J A

SEIKO EPSON CORP   UNSPONSORED ADR A Div J T Buy  8/27/2019 J

SEKISUI HOUSE LTD   SPONSORED ADR A Div J T

SEVEN & I HLDGS    CO LTD ADR      ISIN#US81783H1059 A Div J T Sold part 4/9/2019 J A

SEVEN & I HLDGS    CO LTD ADR      ISIN#US81783H1059      Buy add'l 5/14/2019 J

SEVEN & I HLDGS    CO LTD ADR      ISIN#US81783H1059      Sold part 6/18/2019 J A

SEVEN & I HLDGS    CO LTD ADR      ISIN#US81783H1059      Buy add'l 8/27/2019 J

SGS SA       ADR A Div J T

SHARP CORP ADR NEW A Div J T Buy add'l 5/14/2019 J

SHIMANO SHS     UNSPONSORED ADR    1/10 SH       ISIN#US82455C1018 A Div J T Sold part 1/29/2019 J A

SHIN ETSU CHEM CO  LTD ADR A Div J T Buy add'l 1/29/2019 J

SHISEIDO LTD      SPON ADR A Div J T

SIEMENS A G     SPONSORED ADR     ISIN#US8261975010 A Div J T Sold part 1/29/2019 J A

SIEMENS A G     SPONSORED ADR     ISIN#US8261975010     Sold part 8/27/2019 J A

SIEMENS HEALTHINEERSAG ADR       ISIN#US82622J1043     J T Buy  4/9/2019 J

SINGAPORE EXCHANGE  LTD ADR A Div   Sold  5/14/2019 J A

SKANDINAVISKA    ENSKILDA BANKEN   SPONSORED ADR    REPSTG SHS SER A   ISIN#US8305053014 A Div   Sold  8/27/2019 J A

SMC CORP JAPAN    SPONSORED ADR A Div J T

SMITH & NEPHEW P L CSPONSORED ADR NEW A Div J T

SMITHS GROUP PLC   SPONS ADR A Div J T Buy  8/27/2019 J

SMITHS GROUP PLC   SPONS ADR     Sold part 10/1/2019 J A

SOCIETE GENERALE   FRANCE SPON ADR A Div J T Buy  1/3/2019 J

SOCIETE GENERALE   FRANCE SPON ADR     Sold part 4/9/2019 J A

SOCIETE GENERALE   FRANCE SPON ADR     Sold part 6/18/2019 J A

SOCIETE GENERALE   FRANCE SPON ADR     Buy add'l 8/27/2019 J

SODEXHO       SPON ADR A Div J T

SOFTBANK CORP     ADR       ISIN#US83404D1090 A Div J T Buy add'l 1/29/2019 J

SONIC HEALTHCARE LTDSPONSORED ADR A Div J T

SONOVA HLDG AG    ADR  A Div J T

SONY CORP ADR    AMERN SH NEW A Div J T

SOUTH32 LTD     SPONSORED ADR A Div J T Sold  8/27/2019 J A

SOUTH32 LTD     SPONSORED ADR    Buy  10/1/2019 J

SPARK NEW ZEALAND  LTD SPONS ADR  A Div J T Buy  4/19/2019 J

SSE PLC       SPONSORED ADR    ISIN#US78467K1079 A Div J T Buy  7/23/2019 J

STMICROELECTRONICS  NV SHS N Y REGISTRY (X) A Div J T Buy add'l 1/29/2019 J

SUBARU CORP     ADR  A Div J T

SUEZ ENVIRONMENT CO S A ADR (X) A Div J T

SUMITOMO CHEM CO LTDUSPON ADR      ISIN#US8656121055 A Div J T Buy  5/14/2019 J

SUMITOMO CORP     SPONSORED ADR A Div J T

SUMITOMO MITSUI FINLGROUP INC SPONS ADR ISIN#US86562M2098 A Div J T Sold part 1/3/2019 J A

SUMITOMO MITSUI FINLGROUP INC SPONS ADR ISIN#US86562M2098      Sold part 8/27/2019 J A

SUN HUNG KAI PPTYS  LTD ADR NEW A Div J T

SUNTORY BEVERAGE &  FOOD LTD ADS  A Div J T

SUZUKI MTR CORP    ADR       ISIN#US86959X1072 A Div J T Sold part 4/9/2019 J A

SUZUKI MTR CORP    ADR       ISIN#US86959X1072      Buy add'l 5/14/2019 J

SUZUKI MTR CORP    ADR       ISIN#US86959X1072      Sold  7/23/2019 J A

SUZUKI MTR CORP    ADR       ISIN#US86959X1072      Buy  8/27/2019 J

SVENSKA       HANDELSBANKEN AB   ADR       ISIN#US86959C1036 A Div J T Sold  6/18/2019 J A

SVENSKA       HANDELSBANKEN AB   ADR       ISIN#US86959C1036      Buy  8/27/2019 J

SWATCH GROUP AG    ADR     ISIN#US8701231065 A Div J T Buy add'l 4/9/2019 J

SWATCH GROUP AG    ADR     ISIN#US8701231065     Sold  5/14/2019 J A

SWATCH GROUP AG    ADR     ISIN#US8701231065     Buy  8/27/2019 J

SWEDBANK A B    SPONS ADR     ISIN#US8701951043     Sold  3/5/2019 J A

SWIRE PACIFIC LTD   SPONS ADR REPRESENTG1 CLASS A SHARE A Div J T

SWISS RE LTD     SPONS ADR A Div J T

SWISSCOM SPON ADR A Div J T

SYMRISE AG     ADR  A Div J T

SYSMEX CORP     ADR  A Div J T

TAKEDA       PHARMACEUTICAL CO  LTD SPONSORED ADR     Sold  1/29/2019 J A

TDK CORP AMERICAN DEP SHS A Div J T

TECHTRONICS IND LTD SPON ADR A Div J T

TELEFONICA S A ADR  SPONS ADR     ISIN#US8793822086 A Div J T Sold  8/27/2019 J A

TELEFONICA S A ADR  SPONS ADR     ISIN#US8793822086     Buy  10/1/2019 J

TELIA A B     ADR     ISIN#US87960M2052 A Div J T Buy  4/9/2019 J

TELIA A B     ADR     ISIN#US87960M2052     Buy add'l 6/18/2019 J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TELIA A B    ADR    ISIN#US87960M2052    Buy add'l 7/23/2019 J

TELSTRA LTD SPON    ADR FINAL    INSTALLMENT    RPSTG 5 SHS COM A Div J T Buy  1/29/2019 J

TELSTRA LTD SPON    ADR FINAL    INSTALLMENT    RPSTG 5 SHS COM    Buy add'l 12/11/2019 J

TEMENOS GROUP AG    SPONSORED ADR    ISIN# US87974R2085 A Div J T Buy  6/18/2019 J

TEMENOS GROUP AG    SPONSORED ADR    ISIN# US87974R2085    Sold part 10/1/2019 J A

TERNA RETE ELETTRICANAZIONALE SPA ADR A Div J T

TERUMO CORP    ADR    J T Buy  11/5/2019 J

TESCO PLC SPON    ADR A Div J T

THK CO LTD ADR A Div J T

THYSSENKRUPP AG    SPONSORED ADR A Div J T Buy add'l 6/18/2019 J

THYSSENKRUPP AG    SPONSORED ADR    Sold  7/23/2019 J A

THYSSENKRUPP AG    SPONSORED ADR    Buy  8/27/2019 J

TOKIO MARINE HLDGS  INC ADR A Div J T

TOKYO ELECTRON LTD  ADR A Div J T Buy add'l 1/29/2019 J

TORAY INDS INC ADR  ISIN#US8908802064 A Div J T Sold  5/14/2019 J A

TORAY INDS INC ADR  ISIN#US8908802064    Buy  8/27/2019 J

TOSHIBA CORP    ADR  A Div J T

TOTAL S A    SPONSORED ADR A Div J T

TOYOTA MTR CO    SPON ADR A Div J T

TREASURY WINE    ESTATES LTD SPONS  ADR A Div J T

TUI AG    ADR    J T Buy  6/18/2019 J

UBISOFT ENTMT SA    ADR    J T Buy  11/5/2019 J

UBS GROUP AG    SHS    ISIN#CH0244767585    J T Sold part 3/5/2019 J A

UBS GROUP AG    SHS    ISIN#CH0244767585    Buy add'l 4/9/2019 J

UBS GROUP AG    SHS    ISIN#CH0244767585    Sold  5/14/2019 J A

UBS GROUP AG    SHS    ISIN#CH0244767585    Buy add'l 6/18/2019 J

UBS GROUP AG    SHS    ISIN#CH0244767585    Sold part 8/27/2019 J A

UBS GROUP AG    SHS    ISIN#CH0244767585    Buy add'l 10/1/2019 J

UMICORE GROUP    ADR    ISIN#US90420M1045 A Div J T Buy  6/18/2019 J

UNICHARM CORP    SPONSORED ADR A Div J T

UNICREDIT SPA ADR A Div J T

UNILEVER NV NEW YORKSHS NEW A Div J T

UNILEVER PLC SPON ADR A Div J T

UNITED OVERSEAS BK  LTD  SPON ADR A Div J T Sold part 5/14/2019 J A

UNITED UTILS GROUP  PLC SPON ADR A Div J T

UPM KYMMENE CORP    SPONSORED ADR A Div J T

VEOLIA ENVIRONMENT  SPONSORED ADR A Div J T

VESTAS WIND SYS A/S UTD KINGDOM    UNSPONSORED ADR A Div J T

VINCI S A    ADR A Div J T

VIVENDI SA    ADR A Div J T

VODAFONE GROUP PLC  NEW SPONSORED ADR  NO PAR A Div J T Sold  1/29/2019 J A

VODAFONE GROUP PLC  NEW SPONSORED ADR  NO PAR    Buy  4/9/2019 J

VODAFONE GROUP PLC  NEW SPONSORED ADR  NO PAR    Buy add'l 5/14/2019 J

VODAFONE GROUP PLC  NEW SPONSORED ADR  NO PAR    Sold part 6/18/2019 J A

VODAFONE GROUP PLC  NEW SPONSORED ADR  NO PAR    Buy add'l 8/27/2019 J

VOLKSWAGEN A G ADR 1/10TH A Div J T

VOLKSWAGEN A G ADR PREF (X) A Div J T

WESFARMERS LTD    ADR NEW 2014    ISIN#US9508403063 A Div J T Sold  1/29/2019 J A

WESFARMERS LTD    ADR NEW 2014    ISIN#US9508403063    Buy  7/23/2019 J

WESFARMERS LTD    ADR NEW 2014    ISIN#US9508403063    Sold  10/1/2019 J A

WESFARMERS LTD    ADR NEW 2014    ISIN#US9508403063    Buy  12/11/2019 J

WESFARMERS LTD    SALE OF RIGHTS EXP 12/24/2018    Sold  1/3/2019 J A

WEST JAPAN RY CO ADR A Div J T

WESTPAC BANKING CORPADR A Div    Buy  1/29/2019 J

WESTPAC BANKING CORPADR    ISIN#US9612143019    Buy  6/18/2019 J

WESTPAC BANKING CORPADR    ISIN#US9612143019    Buy  8/27/2019 J

WESTPAC BANKING CORPADR    ISIN#US9612143019    Sold  12/11/2019 J A

WH GROUP LTD SPONSORED ADR (X) A Div J T

WHARF HLDGS LTD    ADR    ISIN#US9622574088 A Div J T Sold part 7/23/2019 J A

WHARF HLDGS LTD    ADR    ISIN#US9622574088    Buy add'l 8/27/2019 J

WHEELLOCK & CO LTD ADR A Div J T Buy  7/23/2019 J

WHEELLOCK & CO LTD  ADR    Sold part 10/1/2019 J A

WHEELLOCK & CO LTD  ADR    Buy add'l 11/5/2019 J

WILMAR INTL LTD    ADR A Div J T

WM MORRISON    SUPERMARKETS PLC ADRISIN#US92933J1079 A Div J T Buy add'l 5/14/2019 J

WM MORRISON    SUPERMARKETS PLC ADRISIN#US92933J1079    Sold  6/18/2019 J A

WM MORRISON    SUPERMARKETS PLC ADRISIN#US92933J1079    Buy  8/27/2019 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

WOLTERS KLUWER N V  SPON ADR A Div J T
WOODSIDE PETE LTD   SPON ADR A Div J T
WPP PLC NEW       ADR  A Div J T
YARA INTL ASA     SPONSORED ADR      Sold  1/29/2019 J A
YASKAWA ELEC CORP   ADR  A Div J T
Z HLDGS CORP ADR    J T
ZALANDO          UNSPONS ADR REPSTG  1/2 SHARE     J T Buy  1/29/2019 J
ZURICH INS GROUP LTDSPONSORED ADR  A Div J T

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 07/20/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ CLAIRE C. CECCHI**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544